947 A.2d 711

**Ann STIMMLER, Petitioner**

v.

**CHESTNUT HILL HOSPITAL, M. Brown, M.D., William O'Connell, M.D., Samuel Walterson, M.D., Walter Matteucci, M.D., B. Smith, M.D., M.S. Jayashekara Murthy, M.D., Bnagalor Surey, M.D., and Richard Padula, M.D., Respondents.**

Supreme Court of Pennsylvania.

April 29, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

(1) Whether the Superior Court committed an error of law when it affirmed the trial court's grant of summary judgment on the basis that Appellee Dr. Padula's requests for admissions were deemed admitted.